# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| The Boeing Company ) | ASBCA No. 58587 |
| ) | |
| Under Contract No. N00019-04-C-3146 ) | |

APPEARANCES FOR THE APPELLANT:      Karen L. Manos, Esq.
                                                     Dhananjay S. Manthripragada, Esq.
                                                      Gibson, Dunn & Crutcher LLP
                                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                                      DCMA Chief Trial Attorney
                                                       Lawrence S. Rabyne, Esq.
                                                         Senior Trial Attorney
                                                       Defense Contract Management Agency
                                                         Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 July 2014

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

      I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58587, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals